UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br>  Plaintiff,<br>  v.<br>PACIFIC PYRAMID GROUP, INC.,<br>  Defendant. | Case No. 17-cv-03278-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 10 |

Before the Court is notice from Plaintiff's attorney that defense counsel refuses to cooperate in scheduling the joint site inspection in this matter, the deadline for which is September 20, 2017. Defense counsel is HEREBY ORDERED TO SHOW CAUSE in writing as to why this Court should not sanction Defendant's counsel for the failure to comply with this Court's scheduling order, for the failure to cooperate in scheduling the inspection, and for counsel's lack of professional courtesy to opposing counsel.

Failure to file a response in writing by September 19, 2017 shall result in a sanction of Defendant's counsel in the sum of $500.

**IT IS SO ORDERED**.

Dated: September 13, 2017

_____
SALLIE KIM
United States Magistrate Judge